Diane ACCURSO, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

WD 78749

Missouri Court of Appeals, Western District.

ORDER FILED: May 17, 2016

Diane Accurso, Appellant Pro Se.

Ninion S. Riley, Jefferson City, MO, for respondent.

Before Division Three: Gary D. Witt, Presiding Judge, James E. Welsh, Judge and Anthony Rex Gabbert, Judge

### ORDER

Per curiam:

Appellant Diane Accurso appeals the denial of her claim for unemployment benefits. Accurso worked as a school bus driver for the Platte County District R–III School. She was dismissed from employment with the District. The Labor and Industrial Relations Commission found that she was discharged for misconduct connected with her work. Finding no error, we affirm. Rule 84.16(b). A memorandum explaining our decision has been provided to the parties.